UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: 19-01935-dd |
| Charles William Johnson, Sr. and<br>Patricia Gosney Johnson | CHAPTER: 7 |
| 204 Old Hickory Drive<br>Conway, SC 29526 | NOTICE OF OBJECTION TO PROOFS OF CLAIMS |
| SS ending 1345 and 5148 | |
| DEBTOR | |

TO:    Claimants and Attorneys, as shown on the attached Certificate of Mailing:

KEVIN CAMPBELL, Trustee, hereby objects to the claims attached to this notice, asking that the claims heretofore filed against the estate be examined and rejected, disallowed, or reduced for the reasons stated on the attached objections to claims.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to approve the sale of the property, or you want the court to consider your views on the application, then within **THIRTY (30) DAYS** of service of this notice, you or your attorney must:

File with the court a written response, return, or objection at:
1100 Laurel Street
Columbia, SC 29201

Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

If you mail your response, return, or objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to: KEVIN CAMPBELL, TRUSTEE, Post Office Box 684, Mt. Pleasant, SC 29465

Attend the hearing scheduled to be heard on January 14, 2020at 9:00 a.m. at the United States Bankruptcy Court, 145 King Street, Suite 225, Charleston, South Carolina.

If no response, return, and/or objection is timely filed and served, no hearing will be held on this objection, except at the direction of the judge.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.

Date of Service: November 27, 2019

/s/ Kevin Campbell
KEVIN CAMPBELL, TRUSTEE
P. O. Box 684, Mount Pleasant, SC 29465-0684
Tel.  No.  (843) 884-6874
Fax No.  (843) 884-0997
District Court ID No. 30
kcampbell@campbell-law-firm.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

Charles William Johnson, Sr. and
Patricia Gosney Johnson

CASE NO: 19-01935-dd

CHAPTER: 7

DEBTOR

CERTIFICATE OF MAILING

I, Suzanne Campbell Chisholm, Attorney for Kevin Campbell, Chapter 7 Trustee,

hereby certify that I have this day mailed a true and correct copy of the Trustee's Objections to

Claims and Proposed Order, properly addressed and proper postage affixed, to the parties, listed on

the attached mailing matrix.

The Office of the United States Trustee and Debtor's attorney are being noticed

electronically.

   /s/ Suzanne Campbell Chisholm
Suzanne Campbell Chisholm
Attorney
Kevin Campbell, Chapter 7 Trustee
P. O. Box 684
Mount Pleasant, SC 29465
Tel. No. (843) 884-6874
Fax No.  (843) 884-0997
Scampbell@campbell-law-firm.com

Dated: November 27, 2019

| MAILING MATRIX<br><br>Charles William Johnson, Sr. and Patricia Gosney Johnson<br><br>CASE NO 19-01935-dd | Bank of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 | Charles William Johnson, Sr. and Patricia Gosney Johnson<br>204 Old Hickory Drive<br>Conway, SC 29526 |
|---|---|---|
|  |  |  |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:                                                CASE NO: 19-02285-dd

Gregory Douglas Miller and                            CHAPTER: 7
Melissa Kristine Miller

                                     DEBTORS

TRUSTEE'S OBJECTIONS TO PROOFS OF CLAIM

Comes now the undersigned, as Trustee in the above-captioned case, and hereby files his objections and/or recommendations to following claims as filed in this case:

| CLAIM NO. | DATE FILED | NAME OF CLAIMANT | FILED STATUS | FILED AMOUNT | REASON FOR OBJECTION AND/OR RECOMMENDED TREATMENT OF CLAIM |
|---|---|---|---|---|---|
| 11 | 8/13/2019 | Bank of America, N.A. | SECURED | $10,099.67 | ALLOW THIS CLAIM AS SECURED BUT CLAIMANT WILL NOT RECEIVE A DISTRIBUTION FROM THIS BANKRUPTCY ESTATE BECAUSE THE TRUSTEE HAS NOT ADMINISTERED THE CLAIMANT'S COLLATERAL AND THE CLAIMANT HAS NOT OTHERWISE ASSERTED A DEFICIENCY. |

/s/ Kevin Campbell
Kevin Campbell, Trustee
District Court Id. No. 30.
P. O. Box 684
Mount Pleasant, SC 29465-0684
Tel.  No. (843) 884-6874
Fax No.  (843) 884-0997
DATE: November 27, 2019                         E-Mail:  kcampbell@campbell-law-firm.com